

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 19 2015

**10/12/2015**
**SHAY, PATRICK TAYLOR**   Tr. Ct. No. 1195055-A          **WR-84,007-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

PATRICK TAYLOR SHAY

HOUSTON, TX 77002

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

KGJVP3B 77002